*Law Office of Ellen Saideman*
*7 Henry Drive*
*Barrington, Rhode Island  02806*
*401.258.7276*
*fax 401-9070*
esaideman@yahoo.com

January 12, 2026

**MEMO ENDORSED**
**(p. 2)**

The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY  1007-1312

Re:    *L.S. v. New York City Dep't of Educ.,* No. 25-CV-5147(JHR)
       Letter Motion, on Consent for Extension of Motion Schedule

Dear Judge Rearden:

On consent, Plaintiffs respectfully submit this letter motion to request a three-week extension of time to file their motion for summary judgment, originally due this coming Friday, January 16, 2026.  This is the first request for an extension of time for this motion.  This request is to allow the counsel for both parties more time to collaborate on preparing the Appendix to be used on the motion for summary judgment.

The undersigned counsel filed the administrative record under seal, as required given the nature of the case, and provided a copy to opposing counsel by email.  The Court had adopted a Standing Order implementing new procedures for the storage and service of electronically filed sealed documents on September 23, 2025; as a result, the administrative record is not accessible to counsel for the parties, as all are non-court users.  Thus, neither party has available a copy of the administrative record with the headers provided by ECF.  Either party could obtain a paper copy from the clerk's office, which would necessitate copy fees.  I have requested that counsel for DOE agree to use the Appendix, with the identifying information of the student and the parents redacted, in lieu of the administrative record for citing on the motions for summary judgment, as the Appendix would have the ECF headings. I am awaiting a response.  I would like to resolve the issue of the administrative record and the Appendix prior to filing the motion for summary judgment.

The Defendant has consented to this request for an extension.

There is no next scheduled appearance before the Court.  This proposed extension will affect existing deadlines.  The parties have agreed to a proposed Revised Scheduling Order that will provide the following deadlines:

Plaintiffs' Motion for Summary Judgment:          February 6, 2026

Defendant's Cross-Motion and Opposition:          March 20, 2026

Plaintiffs' Opposition and Reply:                 April 17, 2026

Defendants' Reply:                                May 8, 2026

Attached is a Revised Scheduling Order, which is also going to be emailed in Microsoft Word to ReardenNYSDChambers@nysd.uscourts.gov.

I thank the Court for its consideration of this request.

Sincerely,

*Ellen M. Saideman*

Ellen M. Saideman

C:      Jared Stein, Esq.
        Kendra Riddleberger, Esq, counsel for DOE

Application GRANTED.  The Court adopts the briefing schedule set forth herein.

The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 15, 2026